### GRIDLEY & SAGE v. STARR.

Where two plaintiffs attach the same person in several actions and one bail bond is given to the sheriff, conditioned for the appearance of the defendant in each — they cannot join in a *scire facias* against the bail.

SCIRE FACIAS upon a sheriff's bail bond indorsed to the plaintiffs — setting forth that said Gridley prayed out an attachment against one Whiting for a debt due to him; that said Sage also prayed an attachment against the same Whiting for a debt due to him; both returnable to the same court; and both attachments were delivered to the sheriff, who attached the body of said Whiting on both of said attachments, and took one bail bond from said Starr on both of said attachments; conditioned to be paid on said Whiting's failing to appear and answer in each of said actions; that said Whiting failed to appear in both of said actions and judgments were rendered against him upon default; the plaintiffs took an assignment of said bail bond and join in this *scire facias* upon said bond, to have judgment affirmed against the bail in each of their actions.

To which declaration the defendant demurred and for cause of demurrer especially assigned. 1st. That a *scire facias* will not lie upon a sheriff's bail bond, it not being a matter

of record.     2d. That the plaintiffs cannot join in their remedy on said bond.

·     Judgment of the court — That the declaration is insufficient, clearly on the ground that the plaintiffs cannot join in a suit upon said bond — and although the sheriff took but one bond in both actions, the plaintiffs' interest is several and their remedies must be several.